Same case below, 600 F.3d 1014.

**No. 10-5988. Melvin Williams, Petitioner v. Illinois.**

562 U.S. 1141, 131 S. Ct. 901, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 49.

January 10, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 392 Ill. App. 3d 1132, 984 N.E.2d 210.

**No. 10-5998. Salvatore Vincent Fazio, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 901, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 86.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 599 F.3d 835.

**No. 10-6039. Joshua I. Villalobos, Petitioner v. Arizona.**

562 U.S. 1141, 131 S. Ct. 901, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 169.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 225 Ariz. 74, 235 P.3d 227.

**No. 10-6115. Edward Lee Edens, Jr., aka cartoonstradeer, aka tradeer,**
**aka tjepsk4ever, aka edenslee, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 902, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 555.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 880.

**No. 10-6180. Marlon Bell, Petitioner v. Andrew Jackson, Warden.**

562 U.S. 1141, 131 S. Ct. 902, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 560.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 379 Fed. Appx. 440.

**No. 10-6242. Gregory J. Burks, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 903, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 366.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 377 Fed. Appx. 548.

**No. 10-6259. Osvaldo Ceballos-Zuniga, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 903, 178 L. Ed. 2d 759, 2011 U.S. LEXIS 273.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 417.